**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Bruce Egrim Joseph v. The State of Texas

Appellate case number:   01-14-00737-CR

Trial court case number:  05-DCR-043408A

Trial court:             268th District Court of Fort Bend County

Date motion filed:       January 5, 2015

Party filing motion:     Appellant

The en banc court has voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion for en banc reconsideration is **denied**.


Judge's signature: /s/ Jane Bland
                        Acting for the En Banc Court[*]

Date: February 10, 2015

---

[*] En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.